Law Offices of Micheal A. Thompson
**MICHEAL A. THOMPSON, ESQ.**
State Bar Number: 120424
1649 Tennessee Street
Vallejo, CA  94590
Telephone:	(707) 643-2122
Facsimile:	(707) 647-4314

Attorney for Plaintiff Sheila Reagan

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA REAGAN,<br><br>            Plaintiff,<br><br>      v.<br><br>HOME DEPO USA, INC.; and DOES 1-50,<br><br>            Defendants. | Case No: 2:12-CV-02530-MCE-CKD<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT FRCP RULE 41(a)(2) MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE AND WITHOUT COSTS**<br><br>Assigned For All Purposes to the Honorable Morrison C. England, Jr.<br><br>Date: January 24, 2013<br>Time: 2:00pm<br>Place: Courtroom 7<br><br>Complaint Filed: August 30, 2012<br>Removed:          October 10, 2012 |

Plaintiff Sheila Reagan through her counsel, Micheal A. Thompson Esq., has requested to appear telephonically for the hearing on her FRCP Rule 41(a)(2) motion for voluntary dismissal without prejudice and without costs, set for January 24, 2013 at 2:00 p.m. in Courtroom 7 before the Honorable Morrison C. England, Jr.  Having taken this request under consideration,

IT IS HEREBY ORDERED that Plaintiff's request to appear telephonically is granted.

IT IS SO ORDERED.

Dated:  January 15, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT